**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM RIBACK, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>iANTHUS CAPITAL HOLDINGS, INC., GOTHAM GREEN PARTNERS, HADLEY C. FORD, JULIUS JOHN KALCEVICH, and JASON ADLER,<br><br>Defendants. | Civ. No.: 1:20-CV-03044-NRB |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff William Riback, by and through his undersigned counsel, hereby voluntarily dismisses the above-captioned action against all defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  April 20, 2020

**RIGRODSKY & LONG, P.A.**

By: */s/ Timothy J. MacFall*
Seth D. Rigrodsky
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY  11530
Tel. No.:  (516) 683-3516
Fax No.:  (302) 654-7530
Email: sdr@rigrodskylong.com
tjm@rigrodskylong.com

Joshua H. Grabar
**GRABAR LAW OFFICE**
1735 Market Street
Suite 3750
Philadelphia, PA 19103
Tel. No.:  (267) 507-6085
Fax No.:  (267) 507-6048
Email:  jgrabar@grabarlaw.com

*Attorneys for Plaintiff William Riback*